CHRISTOPHER R. MILTENBERGER, ESQ.
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: miltenbergerc@gtlaw.com

*Attorneys for Nominal Defendant Paysign, Inc. and Defendants Mark Attinger, Daniel Henry, Joan M. Herman, Bruce A. Mina, Mark Newcomer, Daniel Spence, Dennis Triplett, and Quinn Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN K. GRAY, derivatively on behalf of PAYSIGN, INC., <br><br>Plaintiff, <br><br>v. <br><br>MARK ATTINGER, DANIEL HENRY, JOAN M. HERMAN, BRUCE A. MINA, MARK NEWCOMER, DANIEL SPENCE, DENNIS TRIPLETT, and QUINN WILLIAMS, <br><br>Defendants, <br><br>and <br><br>PAYSIGN, INC., a Nevada corporation, <br><br>Nominal Defendant. | Case No.: 2:22-cv-00735-GMN-VCF <br><br>*Assigned to the Hon. Gloria M. Navarro* <br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS AND SET BRIEFING SCHEDULE REGARDING VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT [ECF NO. 1]** <br><br>**(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff John K. Gray ("Plaintiff") and Nominal Defendant Paysign, Inc. and Individual Defendants Mark Attinger, Daniel Henry, Joan M. Herman, Bruce A. Mina, Mark Newcomer, Daniel Spence, Dennis Triplett, and Quinn Williams (collectively, "Defendants"), by and through their respective counsel, hereby stipulate to stay the above-captioned proceedings and to set a briefing schedule regarding Plaintiff's Verified Stockholder Derivative Complaint (ECF No. 1). This is the parties' first request to stay these proceedings or to otherwise extend the deadline for any responses to Plaintiff's Verified

ADMIN 64841954v1

Stockholder Derivative Complaint. The parties' stipulate and agree as follows:

WHEREAS, on May 9, 2022, Plaintiff filed the Verified Stockholder Derivative Complaint (the "Complaint") in the above-captioned action;

WHEREAS, two related federal securities fraud class actions captioned *Yilan Shi v. Paysign, Inc, et al.*, No. 2:20-cv-00553-GMN-DJA, and *Lorna Chase v. Paysign, Inc., et al.*, No. 2:20-cv-00585-JAD-VCF (collectively, the "Securities Actions") are pending before the Hon. Gloria M. Navarro in the U.S. District Court for the District of Nevada;

WHEREAS, the Securities Actions arise from similar facts and also name as defendants three Defendants in this action;

WHEREAS, on September 17, 2020, a derivative action entitled *Andrzej Toczek v. Paysign, Inc., et al.*, No. 2:20-cv-01722-JCM-NJK (the "*Toczek* Action") was filed and is pending before the Hon. James C. Mahan in the U.S. District Court for the District of Nevada;

WHEREAS, the *Toczek* Action also arises from similar facts and names as defendants the Defendants in this action;

WHEREAS, on December 2, 2020, the Court in the Securities Actions consolidated the Securities Actions as *In Re Paysign, Inc. Securities Litigation*, No. 2:20-cv-00553-GMN-DJ (the "Consolidated Securities Action");

WHEREAS, on December 16, 2020, the Court in the *Toczek* Action approved a stipulation staying the action until the Court in the Consolidated Securities Action issues a ruling on a motion to dismiss;

WHEREAS, on January 12, 2021, the plaintiffs in the Consolidated Securities Action filed an Amended Complaint;

WHEREAS, on March 15, 2021, the defendants in the Consolidated Securities Action filed a Motion to Dismiss the Amended Complaint, which is fully briefed and pending before the Court;

WHEREAS, Plaintiff and Defendants agree that the Court's ruling on the Motion to Dismiss in the Consolidated Securities Action will inform proceedings in this action;

Page 2 of 4

ADMIN 64841954v1

**NOW, THEREFORE**, the parties stipulate and agree, subject to the order of the Court, that:

1. Defendants accept service of the Complaint.

2. The above-captioned action, including but not limited to any obligation to respond to the Complaint, and all discovery and disclosure obligations under the applicable federal and local rules, is hereby STAYED until the Court issues a ruling on the Motion to Dismiss in the Consolidated Securities Action.

3. Defendants shall have until forty-five (45) days after service of the Court's ruling on the Motion to Dismiss in the Consolidated Securities Action or the stay is lifted pursuant to paragraph 7 herein to file their response(s) to the Complaint.

4. Plaintiff shall have until sixty (60) days after the filing of Defendants' response(s) in which to file his opposition(s) to Defendants' response(s).

5. Defendants shall have until thirty (30) days after the filing of Plaintiff's opposition(s) to file any replies in support of their response(s).

6. During the stay, Defendants shall promptly notify Plaintiff of any related derivative actions or formal notices of anticipated derivative actions (e.g., books and records demands or formal litigation demands) ("Other Potential Derivative Actions").

7. In the event the Other Potential Derivative Actions are not stayed until resolution of the Motion to Dismiss in the Consolidated Securities Action, Plaintiff is entitled to elect to terminate this stay. In the event that Plaintiff is entitled to and elects to terminate this stay, he must provide fourteen (14) days' advance notice to Defendants' undersigned counsel via email before the stay is lifted.

8. Defendants shall not oppose Plaintiff's inclusion in any mediation or formal settlement negotiations between the parties in the Consolidated Securities Action and/or the Other Potential Derivative Actions. In the event that Plaintiff is not included in such mediation or formal settlement negotiations because a party other than any of the Defendants opposes Plaintiff's inclusion, then Defendants shall mediate with Plaintiff at or about the same time.

ADMIN 64841954v1

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

9. Subject to Plaintiff having a right to discovery, Defendants shall promptly provide Plaintiff with access to any documents produced by Defendants, any written discovery served by Defendants, and any deposition transcripts in either the Consolidated Securities Action, subject to the execution of a stipulated reasonable confidentiality protective order to be drafted and executed at that time.

10. Defendants shall promptly provide Plaintiff with access to any documents produced by Defendants to any Paysign shareholder who made a books and records demand if and once that Paysign shareholder files a related derivative action, subject to the execution of a stipulated reasonable confidentiality protective order to be drafted and executed at that time.

11. Plaintiff may amend the Complaint during the stay. Defendants shall have no obligation to respond to any amended complaint until the stay is lifted.

**IT IS SO STIPULATED.**

Dated: June 2, 2022

By: */s/ Christopher R. Miltenberger*
Christopher R. Miltenberger
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Nominal Defendant Paysign, Inc. and Defendants Mark Attinger, Daniel Henry, Joan M. Herman, Bruce A. Mina, Mark Newcomer, Daniel Spence, Dennis Triplett, and Quinn Williams*

Dated: June 2, 2022

By: */s/ John P. Aldrich*
John P. Aldrich
Nevada Bar No. 6877
ALDRICH LAW FIRM, LTD.
7866 West Sahara Avenue
Las Vegas, NV 89117

*Attorneys for Plaintiff John K. Gray*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: 6-3-2022